# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Tascha Wells,

    Plaintiff

v.

Geico Advantage Insurance Co., et al.,

    Defendants

2:17-cv-02660-JAD-NJK

**Remand Order**

**[ECF Nos. 5, 6, 7]**

    For the reasons stated on the record during today's hearing on the Motion to Remand, IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 7] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-760966-C, Dept. No. 30.** The Clerk of Court is directed to DENY all other motions without prejudice and CLOSE THIS CASE.

    Dated November 20, 2017

                                        _____
                                        Jennifer A. Dorsey
                                        United States District Judge